James Lynn O'Hines
Name and Prisoner/Booking Number
ASPC Florence Eyman Complex SMU II
Place of Confinement
Box 3400 I 0 40
Mailing Address
Florence Az 85232
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

James Lynn O'Hines, (Full Name of Plaintiff) Plaintiff,

vs.

(1) Dr. Bart Jarvis P.H.D. M.D., (Full Name of Defendant)
(2) Barbara Nelson R.N.,
(3) Governor Janet Napolitano,
(4) Director of Corr. Ms. Dora B. Schriro
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

'08 CV 1170 H POR

CASE NO. ______________
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

I.D.U.D. ... Private Security Guard employment * Surveillance Supervision

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   * ☒ Other: Gun Control Law 18 USCA §§ 921-930. 28 USCA § 1404(a) Venue, Federal Transfer, change of.
2. Institution/city where violation occurred: Southpoint Elcajon Ca. Nelson Haven B&C Arizona Dept. of Corr. Alham. Buck. Florence.

Revised 3/9/07



550/555

## B. DEFENDANTS

1. Name of first Defendant: DR. Burt Jarvis P.H.D. M.D. The first Defendant is employed as: Southpoint & ConRep psychiatrist M.D. phd (Position and Title) at Southpoint, Atascadero, ConRep. (Institution).

2. Name of second Defendant: Barbara Nelson R.N. The second Defendant is employed as: Board & Care Home Owner & operator (Position and Title) at 22nd St. Golden Hills Board & care Home (Institution).

3. Name of third Defendant: Governor Janet Napolitano. The third Defendant is employed as: Governor State of Arizona (Position and Title) at Arizona Dept. of Corrections (Institution).

4. Name of fourth Defendant: Dora B. Schriro, Dir of Corr. The fourth Defendant is employed as: Director of Corrections (Position and Title) at Arizona Dept. of Corrections (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

* "Imminent Danger Claim" "Gun Control Laws"

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? 3 strikes. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: aka Jackson Malloy k86489 v. B'nai B'rith. Networked Peace officers Assoc.
   2. Court and case number: Malloy v. B'nai B'rith CV06-2247 Phoenix Dist.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) dismissed.

b. Second prior lawsuit:
   1. Parties: James Lynn o' Hines 147069 v. Peter Deldah & Associates
   2. Court and case number: Phoenix District CV05 3412.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) dismissed

* c. Third prior lawsuit:
   1. Parties: James Lynn Hines v. Lt. Mcenroe et al.
   2. Court and case number: Phoenix Dist. 206 CV 1666
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) dismissed

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: The Right to receive the Standard of quality care guaranteed by contract agreement.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ____________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Dr. Burt Jarvis PhD MD. Medical care and psychiatric care for 90 days as parollee at State Hospital prior to Board of care Home was not fullfilled according to terms of contract signed at Hospital and signed in Southpoint graduated w/ certificate for Rehabilitation of Dual-Diagnosis on prescribed medications. Dr. Burt Jarvis consultations, meetings, interviews differentially treated petitioner for a forced relapse A.W.O.L in pursuit of justice for acknowledged legal Medical mal practices. The Therapeutic use of Audio-Hypnosis for example is pressures used to deny the petitioner equal treatment - Subliminal and constant audio-aural acquisition of thoughts for ambulatory defense San Diego to phoenix was instructional overburdensome and excessive to the point of violent altercation w/ another. For plaintiff to be forced to combat Security Guard, "at joint-location of facility", state to state to be reincarcerated denies alternative for non-discriminatory medical therapy. And the continued use of "pavlovs Dog" audio psycho analysis endangers the Life, Liberty of petitioner UCSD Hospital to Good Samaritan Hospital.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

With Dr Burt Jarvis on location in San Diego UCSD surgical removal of weapon. & in phoenix on day of arrest at Good Samaritan Hospital, "a.k.a. enormia" as: serious physical injuries w/surgical needs, Back, Head, Arm, Leg. for example.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: The Right to not be harassed due to race, religion, or sex.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   - ☐ Excessive force by an officer ☒ Threat to safety ☐ Other: ____________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Barbara Nelson R.N. 1435 22nd Street & B Street San Diego Ca. approx. From Southpoint 90 day Rehab I as parolee - parolee moved into Board & Care Home, applied for City College attended disabled student orientation, and attended Dos Rep Group therapy with Doctor Williams and I remained on Southpoint McAlister Institute audio video surveillance and still am on surveillance by computer audio hypnosis. A.W.O.L from Board & Care due to verbal harassment extensively by Ms. Ambrosia Collier-Smith SDPD Jim Howie Agent Greg Price and Lt. Mccarns and Southpoint - Parolee affilliates c/o Martinez c/o Hernandez, c/o Gutierrez by Internet WEB site... "to deny Rehabilitation, Reintergration upon Release into society" substantially equivalent to others w/out threat of Reverse Racial, Religious, Sexual discrimination. As a Los Angeles Double Homocide Witness. Mrs Barbara Nelson R.N. recieved SSI Money to house plaintiff and feed plaintiff in St. Thomas Parish area then forced illegal interrogation, incl: felony knowledge exposure to violent racial - Bi-racial discord... for those involved over familiar w/ plaintiff in general vicinity... and the use of defendants facility by State agency Web site on/of white Seminole Indian posed dilemma.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Found competent w/ record of psych treatment regarded as psych patient w/ physical disability and Bi-racial family - police community conflicts w/out intervention, continued risk poses dilemma for threat to safety.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A.

## COUNT III

1. State the constitutional or other federal civil right that was violated: To not be civilly subjugated in State Capital area by telephonic communication from San Diego.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☒ Excessive force by an officer ☐ Threat to safety ☐ Other: ______

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Governor Janet Napolitano Now since October 17th 2007 in response to co-incre: information as to various concerns from September 12 2004 to Oct. 7th 2004, special need for attorney consultation (for example) ... Is the topical issue due to conflict of interest w/ Kenneth S. Countryman private counsel after an racial dispute over child custody, court appellate post conviction relief, Los Angeles Homocides (for example) ... in her response to plaintiffs matters involving law enforcement. Prison is subjugated to disallow program as in State Hospital as civil M.O. working and attendence at groups w/ law library access current privileges after a disciplinary security housing unit "term" 'from 180 custody degree° to 260 degree ° for open unit – out of segregative – isolated – overly extended putative custody in ample time periods.

Attempts at remedy w/ Governor by in person appointment 2004 Letter 2007 are restricted by Interstate Computer Internet Satellite interrogative surveillance to oppress and extend conditions of duress. Institutional Classification is illegal for denial of good time credits.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Arrested on Civil Holiday Sept. 12 to Oct 7 2004 and held to irreg are by limited jurisprudence 2008 after in/out/in custody police-prisoner altercations, and 2007 flat good time unrestored, Excessive Force.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No

c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Fed-R-of civil 706- Independent Medical & psych evaluation for proof of injuries and sober competency.

42usc § 1396 (c) compensatory punitive damages total $307 500.00

28 uscA § 1404 (a) change of Venue and Federal transfer.

Imminent Release and Return to employment environment as a physical disabled American.

Indian Tribal Council notification for Reservation possible placement & assistance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June / July 2008 16th
DATE

James Lynn O'[illegible]
SIGNATURE OF PLAINTIFF

propella persona
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

propera persona
(Signature of attorney, if any)

Robert W. Doyle.
2196 E. Camel back Road
Phoenix Az. 85016 4713.
(P).
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Count IV.

State the Constitutional Right or other federal civil Right that was / is violated. : The Right to be free of association of those involved in Narcotics, Homicide and stolen Items inre: Brentwood Ca to Las Vegas Nv. inside of Florence state prison from 17th & Broadway San Diego Auto Body Repair c/o Gutierrez, Peter Deddah & Associates, Ventura-Oxnard Parole Dept Reg IV to Phoenix Az us: San Diego - Santa Barbara Ca Los Angeles County Network to D & L Auto Body shop adjacent to Behavioral Science Rehab facility computer surveillance a Mexican. White. Asian St Thomas Parish of Aquinas incivile, civil disobedience, Authority, while incarcerated. By State Agency, WEB site on Internet for illegal interrogation-

inre: "Racketeered by organization"

Count IV.

Indemnification of the issue involved: Interstate feuding Institutional joint venture connected to local businesses of / by Internet for oppressive conditions of Incarceration.

- Supporting Facts -

Defendant Dora B Schriro Director of Corrections Arizona State prison complex at Florence, Buckeye, Alhambra.

Has allowed the use of cyberlock subjugation inside state prisons to debrief, investigate, classify, and interview plaintiff in interdepartmental feud Donovan San Diego to prisons as stated. 2004 to Now 2008 "until 2010." #.

As seminole white Indian w/ Black White Biracial family

Continued Count IV.

History pending imminent parole less than 24 months to allegedly Silver City New Mexico – connected to Los Angeles County Lancaster, Ca Quartz Hill Ca. area of "Mohave desert", in a continual Bi-racial family orientated business of in-laws – adverse to polish jewish mexican using at the St. Thomas Aquinis Parish under control of State-civil personnel esp. State I.D. card = 222 GINA Ave (Southpoint Rehab facility) El Cajon Ca. 92020 James Lynn Hines DOB 5/21/65 SSN 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 --- computer labs at GINA & Lexington in to prison at Florence by satellite surveillance --- Comp lab 17 & Broadway I-[5]... underground to Los Angeles County Bloomfield & Rosecrans --- w/ history for tail gating and oppresively chasing those not free from harassment of a adverse nature. Infringement of Domain.

This imposes a racial division in association to Church and State Institutionally classified as a security risk over amplified by sight & sound of surveillance technicians by Internet Web subjugation. California to Arizona by electronic and wireless sonar & sensor police computer terminals. And businesses that are succinctly "prison industry complex" associated. While petitioner is Irish-Indian of Seminole Tribe Greenville, Fl.

{ Injury }

Past and Present ongoing failure to communicate for a comperative, controversial racially disruptive non-controlled comparable "controlling care & custody". #

Exhaustion of Remedies? 42 usc 1997 e e. Petitioner has enclosed letter memorandum inre: attesting to over familiar associations dated 11/13/06.

Psychological Psychiatric competency? Yes. By Az R. of Crim p. 11 to be reconvicted and resentenced.

Incustody History: Briefly after surgical operative procedures requested prozac paxil and signed refusal slips after each initial try-out. and Lithium organic salts at Florence w/ multi vitamins and pain pills.

Imminent Danger or/and serious physical injury? Yes. 42 usc 1997 e (a). (Private Security Guard Employment) *

Alleged Victim for controlling case Security Guard

Edward Quintana Hernandez of 25th & Logan Logan Hts Barrio "Joos Tres" as a hired confidential informant to engage in combat w/ petitioner in 2004 as Retaliation inre: San Diego dumpensino case of East county Poway Ca upon Release and Reintegration after Elcajon Rehab from Atascadero State Hosp. w/ others of St. Thomas Parish of Aquinis...

petitioner as a Los Angeles County delit resident in between Santa Barbara & San Diego 1982-1988 and Del Mar Calif 1994- and San Diego 1996-97 is a Reverse Racial Discriminatory threat as meddling and abating petitioner. In pursuit of justice for Hertzberg Leslie Witness protection act. Life, Liberty felony Knowledge Double Homocides Los Angeles Co 1994.

— Hospitals & Injuries —

1997-2004 U.C.S.D. 2004-2005 Good Samaritan, Phoenix County General, Apache Jnct incomplete Leg surgical operation. Florence State prison Security Major Unit: "Observation". #.

1-A.

Additional Defendants: San Diego East County Television Surveillance (28 USC) 18 USC § 2510-2520 (1332 a) for Diversity Jurisdiction R.J. Donovan Capt. Stringfellow (Glen Hatfield) Freedom Ranch San Diego County to Phoenix Az Desert Sun Hotel. (The Smiths)

Count V.

State the Constitutional or other Federal Civil Right that was / is violated. While in custody.* to not be differentially treated in a State prison than others disparately in re: food, supplies, medical treatment, smutts security mngr unit classification by audio video technical assistants purposely degrading disrespecting and/or denying substantially equivalent needs for no other apparent reason than Seminole-White blood mixed ethnicity, Irish catholic Religion, and sexual preference as straight. In re: all of the above selectively for 15th amend. U.S. const. Reverse Discriminations over 1994 to 1997 Briarwood Calif CO Room in Del Mar eye wit of "The Smiths" w/ Los Angeles County history retro-active to 1982-83.*

— Supporting facts —

The defendants use of satellite surveillance and wire audio video to excessively crowd and unsound to slander and defame and induce pseudo depressive symptoms to instigate a inciteful atmosphere. With %'s capable of killings and %'s.

From Southpoint to Pho. Az flight to re-incarcerate w/ use of weapons 10-7-04 retro-active to Ranch visit approx 4-04 to Desert Sun Hotel to location of arrest, incarceration conviction, sentence by automation control of custody.

2-A.

Cupo-Stringfellow The Elzy-Smith Family Network consolidated effort to oppress-obstruct "Influence" Reverse Discriminatorily of; Joe Cole nephew of Florida ... Orlando ... Greenville ... & Dalton City Illinois force: Racial-Religious-Sexual-Discrimination

Continued: "The security guard and state hospital patient altercation," that lead to violation of special split-sentence parole State-Civil authority supervision violates moral, ethical treatment of a patient by A.R.S. 36-506 prohibition of discrimination civil rights with a "pollo loco" ambush for injuries from a 4th Doe Novel assault w/ a deadly weapon involuntary intoxication by computer instruction for self defense for Mr. Edward Quintana Hernandez to self inflict his injuries identical to that of pornography Novel assault in San Diego of Networked computer audio-video technicians is/as a supervisory capacity Intrusive effort of illegal incarceration Investigator Dutch Schultz production's alias/and/or Riedwalksi productions for example. (Recall that drug used to intoxicate is G.H.B. a date Rape drug.) Gamma Hydroxy butrate.

Exhaustion of Remedies? Yes.

See: memo 11-13-06. Local staff 4u & I/m familiarity Alcohol Tobacco Firearms A.T.F. Bars Taverns (eg). Security Gaurds Logan to Phoenix Gun Control Law 18 USCA §§ 921-930 Hot-shoot 357 Magnum ® Jerry Nolan-Sor Loslo Mo. (eg) to San Diego Ca. ... ... #.

Copy: I James Lynn O' Hinos do hereby declare that on June/July 2008 I deposited and mailed to opposers at said address;

Phoenix & Prescott Divisions: OR Tucson Division:

| Phoenix & Prescott Divisions: | Tucson Division: |
|---|---|
| U.S. District Court Clerk | U.S. District Court Clerk |
| U.S. Courthouse, Suite 130 | U.S. Courthouse, Suite 1500 |
| 401 West Washington Street, SPC 10 | 405 West Congress Street |
| Phoenix, Arizona 85003-2119 | Tucson, Arizona 85701-5010 |

7. Change of Address. You must immediately notify the Court and the defendants in writing of any change in your mailing address. **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8. Certificate of Service. You must furnish the defendants with a copy of any document you submit to the Court (except the initial complaint and application to proceed *in forma pauperis*). Each original document (except the initial complaint and application to proceed *in forma pauperis*) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the defendants and the address to which it was mailed. See Fed. R. Civ. P. 5(a), (d). Any document received by the Court that does not include a certificate of service may be stricken. A certificate of service should be in the following form:

1st

I hereby certify that a copy of the foregoing document was mailed
this June/July 2008. (month, day, year) to:
Name: California State Atty General. Ste 1740.
Address: 1300 I Street Sacramento Ca 95814 916-324-5437.
Attorney for Defendant(s)

James Lynn O' Hinos
(Signature)

defendant

9. Amended Complaint. If you need to change any of the information in the initial complaint, you must file an amended complaint. The amended complaint must be written on the court-approved civil rights complaint form. You may file one amended complaint without leave (permission) of Court before any defendant has answered your original complaint. See Fed. R. Civ. P. 15(a). After any defendant has filed an answer, you must file a motion for leave to amend and lodge (submit) a proposed amended complaint. LRCiv 15.1. In addition, an amended complaint may not incorporate by reference any part of your prior complaint. LRCiv 15.1(a)(2). **Any allegations or defendants not included in the amended complaint are considered dismissed.** All amended complaints are subject to screening under the Prison Litigation Reform Act; screening your amendment will take additional processing time.

10. Exhibits. You should not submit exhibits with the complaint or amended complaint. Instead, the relevant information should be paraphrased. You should keep the exhibits to use to support or oppose a motion to dismiss, a motion for summary judgment, or at trial.

11. Letters and Motions. It is generally inappropriate to write a letter to any judge or the staff of any judge. The only appropriate way to communicate with the Court is by filing a written pleading or motion.

2nd

and atty of Record:
Middle Ground
139 East Encanto Drive
Tempe AZ. 85281 602 966 8116.

plaintiff



- 10 -

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**James Lynn O'Hines**

**DEFENDANTS**

**Dr. Bart Jarvis**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Outside State
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**James Lynn O'Hines**
**PO Box 3400**
**Florence, AZ 85232**
**147067**

ATTORNEYS (IF KNOWN)

**'08 CV 1170 H POR**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 7/1/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

[signature]